PER CURIAM.

(No. 74-CC-202—Claimant )

MARSHALL BAUTZ, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE LIEUTENANT GOVERNOR, Respondent.

*Opinion filed February 20, 1974.*

MARSHALL BAUTZ, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.